IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TODD A. THOMPSON,

        Defendant.

8:21-CR-270

FORFEITURE MONEY JUDGMENT

This matter is before the Court on the Government's Motion for a Preliminary Order of Forfeiture Money Judgment in the amount of $552,892.00. Filing 119. Having reviewed the motion and the record, the Court will grant the Government's motion. Accordingly,

IT IS ORDERED:

1. The Government's Preliminary Motion for a Forfeiture Money Judgment is hereby sustained.

2. The defendant, Todd Thompson, pursuant to 21 U.S.C. § 853, 18 U.S.C. §§ 981 and 982, and 28 U.S.C. § 2461(c), shall be, and hereby is, liable for a forfeiture money judgment in the amount of $552,892.00.

3. Upon entry of this order, it shall become a final order of forfeiture as to this defendant.

4. The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the United States up to the amount of the forfeiture money judgment.

Dated this 1st day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge