IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>TODD A. THOMPSON,<br><br>      Defendant. | 8:21–CR–270<br><br>ORDER GRANTING MOTION TO WITHDRAW AND DENYING MOTION TO REDUCE SENTENCE |

   This matter is before the Court on the *pro se* Motion to Reduce Sentence filed by Todd A. Thompson, Filing 164, and the Motion to Withdraw filed by Federal Public Defender, Mr. David R. Stickman. Filing 168. After the Defendant filed his Motion to Reduce Sentence, the Office of the Federal Public Defender was appointed to represent him pursuant to General Order No. 2023-09. Filing 165 The purpose of this appointment was to determine whether the Defendant qualified "for relief pursuant to either the 2023 U.S. Sentencing Guidelines amendments of U.S.S.G. § 1B1.13 or U.S.S.G. § 1B1.10 providing for the retroactive application of Amendment 821[.]" Filing 165 at 1. Mr. Stickman has moved to withdraw as counsel because "the Defendant had one criminal history point assessed in the Presentence Investigation Report and therefore was not a zero point offender[.] Filing 168 at 1. The United States Probation Office also submitted a worksheet in this case which states that the Defendant is not entitled to a reduction. Filing 169 at 1.

   The Court has conducted its own review of the Defendant's *pro se* Motion along with other relevant matters in the record. The Court concludes that the Defendant is not entitled to the sentencing relief he seeks. His *pro se* Motion is without merit and will be denied. The Court likewise concludes that Mr. Stickman's Motion to Withdraw should be granted for the reasons he set forth in his Motion. Accordingly,

1

IT IS ORDERED:

1. Federal Public Defender David R. Stickman's Motion to Withdraw, Filing 168, is granted; and

2. Todd A. Thompson's *pro se* Motion to Reduce Sentence, Filing 164, is denied.

Dated this 26th day of March, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge